**DISMISS and Opinion Filed November 7, 2024**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01060-CV

**AUDREY KING, Appellant**
**V.**
**321 N. EWING LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-04296-E**

## MEMORANDUM OPINION

Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Kennedy

On September 24, 2024, we sent a letter to the parties questioning our jurisdiction over this appeal because it appears the notice of appeal was not timely. We directed appellant to file a letter brief addressing our jurisdictional concern no later than October 11, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief addressing our jurisdictional concern or otherwise corresponded with the Court concerning the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).

/Nancy E. Kennedy/
NANCY KENNEDY
JUSTICE

241060F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AUDREY KING, Appellant

No. 05-24-01060-CV     V.

321 N. EWING LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas

Trial Court Cause No. CC-24-04296-E.

Opinion delivered by Justice Kennedy. Justices Molberg and Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered November 7, 2024